UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: 4/23/19 | Time: 3:21pm-4:00pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 19-cv-00001-YGR | Case Name: Zoho Corporation v. Sentius International, LLC | |

**Attorney for Plaintiff:** Ryan Marton
**Attorney for Defendant:** Sandeep Seth and Robert Yorio

**Deputy Clerk:** Frances Stone              **Court Reporter:** Pam Hebel

PROCEEDINGS

Defendant's Motion to Dismiss for Lack of Jurisdiction or in Alternative to Transfer Action [Dkt. No. 13]- HELD and SUBMITTED.

Dkt. No. 24 and Dkt. No. 25 are STRICKEN.

**Answer filed by 5/15/19.**

**INITIAL CMC-HELD**
**Opening Claim Construction Briefs (plaintiff's and defendant's) filed 1/31/2020**
**Responsive Claim Construction Briefs (plaintiff's and defendant's) filed 2/21/2020**
**Tutorial set for Wednesday, 2/12/20 at 9:30AM**
 **Claim Construction Hearing set Wednesday, 3/18/20 at 9:30 AM**


**Order to be prepared by: Court**


**Notes: Plaintiff counsel will email to YGRpo@cand.uscourts.gov an Editable Version of Proposed form of Order with dates given in Court today; to be emailed by Tuesday, 4/30/19.**