# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZOHO CORPORATION,** Plaintiff, vs. **SENTIUS INTERNATIONAL, LLC,** Defendant. | CASE NO. 19-cv-00001-YGR **ORDER DENYING MOTION TO DISMISS FOR LACK OF JURISDICTION OR, IN THE ALTERNATIVE, TO TRANSFER ACTION** Re: Dkt. No. 13 |

The motion of defendant Sentius International, LLC to Dismiss for Lack of Jurisdiction or, in the Alternative, to Transfer Action came on for hearing on April 23, 2019. The Court, having considered the papers filed in support of and in opposition to the motion, the arguments of the parties, and the pleadings in this matter **DENIES** the motion to dismiss as **MOOT**.

For the reasons stated on the record, the Court directs defendant to file its answer to the amended complaint for declaratory judgment, filed March 18, 2019 (Dkt. No. 14) no later than **May 15, 2019**.

This terminates Docket No. 13.

**IT IS SO ORDERED.**

Dated: April 26, 2019

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**