# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SENTIUS INTERNATIONAL, LLC,<br><br>　　　　Defendant. | CASE NO. 19-cv-00001-YGR<br><br>**CASE MANAGEMENT AND SCHEDULING ORDER** |

To All Parties and Counsel of Record:

The Court hereby Sets the following case management and pretrial dates:

| Event | Proposed Date |
|---|---|
| Sentius to Answer Complaint | May 13, 2019 |
| Initial Disclosures | May 21, 2019 |
| Patent L.R. 3-1 and 3-2: Infringement Contention and Related Document Disclosure | July 3, 2019 |
| Patent L.R. 3-3 and 3-4: Invalidity Contentions and Related Document Disclosure (assuming | September 16, 2019 |
| Patent L.R. 4-1: Exchange of Proposed Terms for Construction | October 25, 2019 |
| Patent L.R. 4-2: Exchange of Preliminary Claim Constructions and Extrinsic Evidence | November 15, 2019 |
| Patent L.R. 3-8: Damage Contentions | November 29, 2019 |
| Patent L.R. 4-3: Joint Claim Construction and Prehearing Statement | December 13, 2019 |
| Patent L.R. 3-9: Responsive Damages Contentions | January 10, 2020 |
| Patent L.R. 4-4: Completion of Claim Construction Discovery | January 10, 2020 |
| Patent L.R. 4-5(a): Opening Claim Construction Briefs | January 31, 2020 |

| Technology Tutorial | February 12, 2020 (9:30am) |
|---|---|
| Patent L.R. 4-5(b): Responsive Claim Construction Briefs | February 21, 2020 |
| Patent L.R. 4-6: Claim Construction Hearing | March 18, 2020 (9:30am) |
| Patent L.R. 3-7: Advice of Counsel | 30 days after the Court's Claim Construction Ruling |
| Close of Fact Discovery | July 31, 2020 |
| Expert Disclosures – *All Experts, Retained and Non-Retained Must Provide Written Reports Compliant with FRCP 26(a)(2)(B)* | Opening: July 31, 2020<br>Rebuttal: August 28, 2020 |
| Close of Expert Discovery | September 25, 2020 |
| Last Day to File *Daubert* and Summary Judgment[1] Motions | October 30, 2020 |

Trial and Pretrial filing deadlines to be determined.

IT IS SO ORDERED.

Dated: April 29, 2019

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

2