RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR J. RIBERA (221511)
hector@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511

*Attorneys for Plaintiff Zoho Corporation*

SANDEEP SETH (SBN 195914)
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, TX 77002
Tel.: (713) 244-5017
Fax: (713) 244-5018

*Attorneys for Defendant Sentius International, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>　　　　　Defendant.<br><br>SENTIUS INTERNATIONAL, LLC,<br><br>　　　　　Counterclaimant,<br>　　v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>　　　　　Counter-Defendants. | Case No: 4:19-cv-00001-YGR<br><br>**ORDER GRANTING STIPULATION AND** ~~[PROPOSED] ORDER~~ **RE EXTENSION FOR ZOHO CORPORATION PVT., LTD. TO RESPOND TO COUNTERCLAIMS** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties by and through their respective counsel hereby stipulate to extend the deadline for Counter-defendant Zoho Corporation Pvt., Ltd. to answer, move, or otherwise respond to Defendant and counterclaimant Sentius International, LLC's counterclaims by one week, from August 19, 2019 to August 26, 2019.  Zoho Corporation Pvt., Ltd. had not made any other requested extensions and this stipulation does not affect any other deadlines set by the Court.

IT IS SO STIPULATED.

Dated: August 12, 2019                                    Respectfully submitted,

                                         MARTON RIBERA SCHUMANN & CHANG LLP

                                         By:      /s/ *Carolyn Chang*
                                               Carolyn Chang

                                         CAROLYN CHANG (SBN 217933)
                                         carolyn@martonribera.com
                                         MARTON RIBERA SCHUMANN & CHANG LLP
                                         548 Market Street, Suite 36117
                                         San Francisco, CA 94104
                                         Telephone:  (415) 360-2514

Dated: August 12, 2019                                    Respectfully submitted,

                                         SETH LAW OFFICES

                                         By:      /s/ *Sandeep Seth*
                                               Sandeep Seth

                                         SANDEEP SETH (SBN 195914 )
                                         ss@sethlaw.com
                                         SETH LAW OFFICES
                                         Two Allen Center
                                         1200 Smith Street, Suite 1600
                                         Houston, TX 77002
                                         Tel.:  (713) 244-5017

Stipulation and Order re Extension of Time
Case No.  19-cv-00001- YGR

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Counter-defendant Zoho Corporation Pvt., Ltd.'s response to counterclaims will be due August 26, 2019.

Dated: August 14, 2019

Judge Yvonne Gonzalez Rogers
United States District Judge
Northern District of California