RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR J. RIBERA (221511)
hector@martonribera.com
CHIEN-JU ALICE CHUANG (228556)
cjalice@martonribera.com
PHILLIP J. HAACK (262060)
phaack@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511

*Attorneys for Zoho Corporation and Zoho Corporation Pvt., Ltd.*

SANDEEP SETH (SBN 195914)
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, TX 77002
Tel.:  (713) 244-5017
Fax:  (713) 244-5018

*Attorneys for Defendant Sentius International, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION,<br><br>           Plaintiff,<br>     v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>                    Defendant.<br>SENTIUS INTERNATIONAL, LLC,<br><br>           Counterclaimant,<br>     v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>           Counter-Defendants. | Case No: 4:19-cv-00001-YGR<br>**ORDER GRANTING STIPULATION** ~~AND [PROPOSED] ORDER~~ **RE EXTENSION OF TIME** |

Stipulation and Order re Extension of Time
Case No.  4:19-cv-00001-YGR

Pursuant to Civil Local Rules 6-2 and 7-12, the parties by and through their respective counsel hereby stipulate to move the deadlines for serving invalidity contentions and for the parties' claim construction exchanges as recited in the table below. The parties previously stipulated to extend by one week the deadlines for Plaintiff and counter-defendant Zoho Corporation and Counter-defendant Zoho Corporation Pvt. Ltd. to respond to the counterclaims of Defendant and counterclaimant Sentius International, LLC. The parties have not made any other requested extensions and this stipulation does not affect any other deadlines set by the Court.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Patent L.R. 3-3 and 3-4: Invalidity Contentions and Related Document Disclosure | September 16, 2019 | September 30, 2019 |
| Patent L.R. 4-1: Exchange of Proposed Terms for Construction | October 25, 2019 | November 1, 2019 |
| Patent L.R. 4-2: Exchange of Preliminary Claim Constructions and Extrinsic Evidence | November 15, 2019 | November 22, 2019 |
| Patent L.R. 4-3: Joint Claim Construction and Prehearing Statement | December 13, 2019 | December 20, 2019 |

IT IS SO STIPULATED.

Dated: September 20, 2019                Respectfully submitted,

MARTON RIBERA SCHUMANN & CHANG LLP

By:   /s/ *Phillip J. Haack*
        Phillip J. Haack

PHILLIP J. HAACK (SBN 262060)
phaack@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2516

Dated: September 20, 2019                    Respectfully submitted,

                                                         SETH LAW OFFICES

                                                By:    /s/ *Sandeep Seth*
                                                      Sandeep Seth

SANDEEP SETH (SBN 195914 )
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, TX 77002
Tel.:  (713) 244-5017

## [~~PROPOSED~~] ORDER

PURSUANT TO  STIPULATION, IT IS SO ORDERED.

Dated: September 25, 2019

                                                Judge Yvonne Gonzalez Rogers
                                                United States District Judge
                                                Northern District of California