**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ZOHO CORPORATION<br><br>                    Plaintiff,<br><br>v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>                    Defendant. | Case No: 4:19-cv-00001-YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE JOINT ADMINISTRATIVE MOTION FOR LEAVE TO BRIEF ADDITIONAL CLAIM TERMS FOR CONSTRUCTION** |
| SENTIUS INTERNATIONAL, LLC<br><br>                    Counterclaimant,<br><br>v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>                  Counter-Defendants. | |

1 | Having carefully considered the papers submitted and the pleadings in this action, the
2 | Motion for Leave to Brief Additional Claim Terms is DENIED WITHOUT PREJUDICE.
3 | The Court's obligation to construe terms, whether means-plus-function or otherwise,
4 | need only be undertaken at some time prior to jury trial. Whether all such terms would be
5 | necessary for a trial in this matter remains to be determined.

**IT IS SO ORDERED**.

Dated: December 13, 2019

The Honorable Yvonne Gonzalez Rogers
United States District Court Judge