RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR J. RIBERA (221511)
hector@martonribera.com
CHIEN-JU ALICE CHUANG (228556)
cjalice@martonribera.com
PHILLIP J. HAACK (262060)
phaack@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94107
Tel.: (415) 360-2511

*Attorneys for Zoho Corporation and Zoho Corporation Pvt., Ltd.*

SANDEEP SETH (SBN 195914)
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, Texas 77002
Tel.: (713) 244-5017

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
STACEY M. TAM (SBN 292982)
stam@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Tel.: (650) 812-3400

*Attorneys for Sentius International, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>        Defendant. | CASE NO. 4:19-cv-00001-YGR<br><br>**ORDER GRANTING**<br><br>**STIPULATION RE EXTENSION OF TIME** |
| SENTIUS INTERNATIONAL, LLC,<br><br>        Counterclaimant,<br><br>   v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>        Counter-Defendants. | |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective Counse,l hereby stipulate to move the deadline for filing the Joint Claim Construction and Prehearing Statement from December 20, 2019 to January 3, 2019, as recited in the table below. The parties previously stipulated to extend by one week the deadlines for Plaintiff and Counter-defendant Zoho Corporation and Counter-defendant Zoho Corporation Pvt. Ltd. to respond to the counterclaims of Defendant and Counterclaimant Sentius International, LLC and to serve Invalidity Contentions (Dkt. 42).  The parties later stipulated to move the deadlines for serving Damage Contentions, Responsive Damage Contentions, and for the parties' Claim Construction exchanges (Dkt. 44).

The parties have not made any other requested extensions and this stipulation does not affect any other deadlines set by the Court.

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Patent L.R. 3-3 and 3-4: Invalidity Contentions and Related Document Disclosure | September 30, 2019 | Completed |
| Patent L.R. 4-1: Exchange of Proposed Terms for Construction | November 1, 2019 | Completed |
| Patent L.R. 4-2: Exchange of Preliminary Claim Constructions and Extrinsic Evidence | December 6, 2019 | Completed |
| Patent L.R. 3-8: Exchange of Damage Contentions | December 13, 2019 | Completed |
| Patent L.R. 4-3: Joint Claim Construction and Prehearing Statement | December 20, 2019 | January 3, 2020 |
| Patent L.R. 3-9: Exchange of Responsive Damage Contentions | January 24, 2020 | January 24, 2020 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated:  December 20, 2019                              CARR FERRELL LLP

                                                                             By    */s/ Robert J. Yorio*
                                                                                      Robert J. Yorio

Dated: December 20, 2019

Attorneys for Defendant and Counterclaimant
SENTIUS INTERNATIONAL, LLC
MARTON RIBERA SCHUMANN
    & CHANG LLP

By    */s/ Ryan J. Marton*
       Ryan J. Marton

Attorneys for Plaintiff and Counter-Defendants
ZOHO CORPORATION and
ZOHO CORPORATION PVT., LTD.

## ORDER

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **December 20, 2019**      By: _[signature]_
                                  Honorable Yvonne González Rogers
                                  Judge of the United States District Court