SANDEEP SETH (SBN 195914)
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, Texas 77002
Telephone No.: (713) 244-5017
Facsimile No.: (713) 244-5018

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
STACEY M. TAM (SBN 292982)
stam@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444

Attorneys for Defendant and Counterclaimant
SENTIUS INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>    Defendant. | CASE NO. 4:19-cv-00001-YGR<br><br>**DECLARATION OF ROBERT J. YORIO IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT SENTIUS INTERNATIONAL LLC'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>DATE:           March 18, 2020<br>TIME:           9:30 a.m.<br>COURTROOM:  1<br>JUDGE: Honorable Yvonne Gonzalez Rogers |
| SENTIUS INTERNATIONAL, LLC,<br><br>    Counterclaimant,<br>  v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>    Counter-Defendants. | |

I, Robert J. Yorio, declare:

1. I am one of the attorneys of record for Defendant and Counterclaimant, Sentius International, LLC ("Sentius") in this action. I have prepared this declaration in support of Defendant and Counterclaimant, Sentius International, LLC's (SENTIUS) Opening Claim Construction Brief. The following facts and documents set out herein are within my knowledge, and if called as a witness to testify herein, I could and would competently testify to the truth thereto.

2. Exhibit 1 is a true and correct copy of the U.S. Reissued Patent RE 43,633E dated September 4, 2012 entitled "System and Method for Linking Streams of Multimedia Data to Reference Material for Display" (the '633 Patent).

3. Exhibit 2 is a true and correct copy of the U.S. Patent No. 7,672,985 dated March 2, 2010 entitled "Automated Creation and Delivery of Database Content" (the '985 Patent).

4. Exhibit 3 is a true and correct copy of the Agreed Claim Construction Order (Dkt. 87; filed September 22, 2017), *Sentius International, LLC v. Blackberry Limited and Blackberry Corporation* (ED-TX Case No. 2:16-cv-773-RSP).

5. Exhibit 4 is a true and correct copy of Claim Construction Order (Dkt. 66; filed January 9, 2014), *Sentius International, LLC v. Microsoft Corporation* (NDCA Case No. 5:13-cv-00825-PSG).

6. Exhibit 5 is a true and correct copy of Claim Construction Order (filed May 26, 2005), *Friskit, Inc. v. RealNetworks, Inc., and Listen.Com* (NDCA Case No. C03-5085-FMS).

7. Exhibit 6 is a true and correct copy of Order Re: Construction of Claim 8 of U.S. Patent No. 5,822,720 (Dkt. 52-7; filed March 29, 2002), *Sentius Corporation v. Flyswat, Inc.* (NDCA Case No. C00-02233 SBA).

8. Exhibit 7 are true and correct copies of selected pages from the publication entitled, "Document Image Understanding: Geometric and Logical Layout", pps. 386, 387, 389, Robert M. Haralick, Electrical Engineering FT-10 University of Washington, Seattle, WA 98115 - 1994 IEEE.

9. Exhibit 8 is a true and correct copy of the publication entitled, "A Structure Editor

for Abstract Document Objects", Gary D. Kimura, pps. 418, 422, 430-435 (1986) Member, IEEE, IEEE Transactions on Software Engineering, SE-12, No. 3, March 1986 - 1986 IEEE.

10. Exhibit 9 is a true and correct copy of the publication entitled, "Document Formatting Systems: Survey, Concepts, and Issues", Richard Furuta, Jeffrey Scofield, and Alan Shaw, pps. 419, 420, 432, 447-449 (1982), Department of Computer Science, University of Washington, Seattle, Washington, 89195, Computing Surveys, Vol. 14, No. 3, September 1982.

11. Exhibit 10 is a true and correct copy of the publication entitled, "Ten Years of Window Systems - A Retrospective View", p. 36, Warren Teitelman, F. R. A. Hopgood et al. (eds.), Methodology of Window Management - EUROGRAPHICS The European Association for Computer Graphics (1986).

12. Exhibit 11 is a true and correct copy of the excerpts from the publication entitled, "The Text Editor Sam", pps. 6-8, 12, 14, 18, Rob Pike - rob@plan9.bell−labs.com.

13. Exhibit 12 is a true and correct copy of U.S. Patent No. 5,436,637 - issued July 25, 1995 entitled "Graphical User Interface System and Methods for Improved User Feedback". Inventors: Charles E. Gayraud; Perry A. Gee.

14. Exhibit 13 is a true and correct copy of U.S. Patent No. 5,581,670 - issued December 3, 1996 entitled "User Interface Having Movable Sheet with Click-Through Tools. Inventors: Eric A. Bier; William A. S. Buxton.

15. Exhibit 14 is a true and correct copy of Emacs - Version 18.59 (ftp://ftp.gnu.org/old-gnu/emacs/) and VI (VIM) Version 3.0 (ftp://ftp.vim.org/pub/vim/unix).

16. Exhibit 15 is a true and correct copy of a definition of the word "lookup" from the Microsoft Press, *Computer Dictionary: The Comprehensive Standard for Business, School, Library, and Home*, pp. 216-17 (1991).

17. Exhibit 16 is a true and correct copy of the European Patent Publication No. 0266001A2, "A Parser for Natural Language Text". Applicant: International Business Machines Corporation. Inventors: Antonio Zamora; Michael D. Gunther; Elena M. Zamora.

18. Exhibit 17 is a true and correct copy of the definition of the word "parse" from the Microsoft Press, *Computer Dictionary: The Comprehensive Standard for Business, School,*

*Library, and Home*, p. 292 (2nd ed., 1994).

19. Exhibit 18 is a true and correct copy of the definition of the word "offset" from the Random House Personal Computer Dictionary, Philip E. Margolis (2nd ed. 1996), p. 346.

20. Exhibit 19 is a true and correct copy of excerpts from the publication entitled, "A Description of the Model-View-Controller User Interface Paradigm in the Smalltalk-80 System", Figures 1, 7, 16, Glenn E. Krasner and Stephen T. Pope, ParcPlace Systems, Inc., 1550 Plymouth Street Mountain View, CA 94043 - 1988 ParcPlace Systems.

21. Exhibit 20 is a true and correct copy of the definition of the word "array." (n.d.) Christensson, P. (2007, October 17). Retrieved 2017, May 24, from https://techterms.com/definition/array

22. Exhibit 21 are true and correct copies of definitions of the words "link", "lookup" and "offset" from The Computer Glossary: The Complete Illustrated Dictionary, Alan Freedman (7th ed. 1995), pps. 224, 268, 276.

23. Exhibit 22 is a true and correct copy of Patent Application No. 11/554,241, Request for Extension of Time and Responsive Amendment Under 37 C.F.R. §1.111 dated September 14, 2009.

24. Exhibit 23 is a true and correct copy of U.S. Patent No. 8,214,349B2 dated July 3, 2012 entitled, "Automated Creation and Delivery of Database Content." Inventors: Marc Bookman, David Kurtz and Niket Patwardhan.

25. Exhibit 24 is a true and correct copy of International Application Published Under the Patent Cooperation Treaty (PCT), entitled, "*A Method of Specifying Links in Hypermedia,*" WO 95/04974, dated February 16, 1995, pps. 1-4.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 31st day of January 2020 at Washington, D.C.

                                                 /s/ Robert J. Yorio
                                                  ROBERT J. YORIO