RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR J. RIBERA (221511)
hector@martonribera.com
CHIEN-JU ALICE CHUANG (228556)
cjalice@martonribera.com
PHILLIP J. HAACK (262060)
phaack@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511

*Attorneys for Zoho Corporation and
Zoho Corporation Pvt., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ZOHO CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>Defendant. | Case No: 4:19-cv-00001-YGR<br><br>**DECLARATION OF PHILLIP J. HAACK IN SUPPORT OF OPENING CLAIM CONSTRUCTION BRIEF OF ZOHO CORPORATION AND ZOHO CORPORATION PVT., LTD.** |
| SENTIUS INTERNATIONAL, LLC<br><br>Counterclaimant,<br><br>v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>Counter-Defendants. | |

I, Phillip J. Haack, declare as follows:

1. I am a partner with the law firm of Marton Ribera Schumann & Chang LLP, counsel to Zoho Corporation and Zoho Corporation Pvt., Ltd. in this matter. I have personal knowledge of the facts set forth herein unless otherwise indicated, and if called to testify, I could and would testify competently thereto.

2. Exhibit A is a true and correct copy of Order Granting Defendant Flyswat's Motion for Summary Adjudication for Invalidity and for Noninfringement (Dkt. 175), *Sentius Corporation v. Flyswat, Inc.*, Case No. C00-02233 SBA (N.D. Cal. August 8, 2002)

3. Exhibit B is a true and correct copy of the May 23, 1996 Response to Office Action excerpted from the file history for U.S. Patent No. 5,822,720.

4. Exhibit C is a true and correct copy of the January 12, 1996 Response to Office Action excerpted from the file history for U.S. Patent No. 5,822,720.

5. Exhibit D is a true and correct copy of the April 2, 1996 Final Rejection excerpted from the file history for U.S. Patent No. 5,822,720.

6. Exhibit E is a true and correct copy of excerpted pages from the June 29, 2001 Deposition of Marc Bookman in *Sentius Corporation v. Flyswat, Inc.* (N.D. Cal. Case No. C00-02233 SBA).

7. Exhibit F is a true and correct copy of excerpted pages from the June 28, 2001 Deposition of Marc Bookman in *Sentius Corporation v. Flyswat, Inc.* (N.D. Cal. Case No. C00-02233 SBA).

8. Exhibit G is a true and correct copy of U.S. Patent No. 5,146,552 to Cassorla et al.

9. Exhibit H is a true and correct copy of Order Re: Construction of Claim 8 of U.S. Patent No. 5,822,720 (Dkt. 107) *Sentius Corporation v. Flyswat, Inc.*, Case No. C00-02233 SBA (N.D. Cal. March 29, 2002)).

10. Exhibit I is a true and correct copy of the Joint Claim Construction Chart (Dkt. 73), *Sentius International, LLC v. Blackberry Ltd. and Blackberry Corp.*, Case No. 2:16-cv-773-JRG-RSP (E.D. Tex. July 21, 2017).

11. Exhibit J is a true and correct copy of excerpts from The Computer Desktop

Haack Decl. ISO Zoho's Opening Claim Construction Brief
Case No. 4:19-cv-00001

1

Encyclopedia, Alan Freedman (2nd ed. 1999) ("lookup table").

12. Exhibit K is a true and correct copy of excerpts from McGraw-Hill, Dictionary of Scientific and Technical Terms (5th ed. 1994) ("look-up table")

13. Exhibit L is a true and correct copy of excerpts from Microsoft Press, Computer Dictionary: The Comprehensive Standard for Business, School, Library, and Home (1991) ("lookup").

14. Exhibit M is a true and correct copy of excerpts from Alan Freedman, The Computer Glossary: The Complete Illustrated Dictionary(7th ed. 1995) ("lookup").

15. Exhibit N is a true and correct copy of Plaintiff Sentius Corporation's Opening Claim Construction Brief Pursuant to Civil Local Rule 16-11(d)(1) (Dkt. 76), *Sentius Corporation v. Flyswat, Inc.*, Case No. C00-02233 SBA (N.D. Cal. Oct. 9, 2001).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 31st day of January 2020.

                                           /s/ *Phillip J. Haack*
                                           Phillip J. Haack

Haack Decl. ISO Zoho's Opening Claim Construction Brief
Case No. 4:19-cv-00001
2