SANDEEP SETH (SBN 195914)
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, Texas 77002
Telephone No.: (713) 244-5017
Facsimile No.: (713) 244-5018

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
STACEY M. TAM (SBN 292982)
stam@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444

Attorneys for Defendant and Counterclaimant
SENTIUS INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION,<br><br>            Plaintiff,<br>     v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>            Defendant.<br><hr>SENTIUS INTERNATIONAL, LLC,<br><br>            Counterclaimant,<br>     v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>            Counter-Defendants. | CASE NO. 4:19-cv-00001-YGR<br><br>**DEFENDANT AND COUNTERCLAIMANT SENTIUS INTERNATIONAL, LLC'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE 7-11 TO EXCEED PAGE LIMITATIONS GOVERNING BOTH PARTIES' CLAIM CONSTRUCTION REPLY BRIEFS**<br><br>DATE:            March 18, 2020<br>TIME:            9:30 a.m.<br>COURTROOM:   1<br>JUDGE: Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 7-11, Defendant and Counterclaimant Sentius International, LLC ("Sentius") respectfully submits this request that the Court grant it leave to exceed the page limits specified in Local Rule 7-4(b) for the Claim Construction Reply Brief that Sentius will be filing on February 21, 2020.

There are ten (10) terms proposed for construction covering two (2) patents as set forth in the parties' Joint Claim Construction Chart attached as Appendix B to the Joint Claim Construction and Prehearing Statement filed on January 6, 2020 (Dkt. 49-1).  The Reply Brief will address all ten (10) terms across both patents and the intrinsic and extrinsic evidence applicable to each term.

This technical analysis will be accompanied by a discussion of the application of a number of patent law principles to the construction of the claim term.  The combination of Sentius' factual analysis and legal argument will cause its Reply Brief to exceed the 15 page limit as set forth in Civil Local Rule 7-4(b).  Given the complexity of the technical issues, Sentius respectfully requests the Court to expand the page limitation on its Reply Brief to 19 pages.  Sentius has raised this issued with counsel for Zoho. Zoho does not oppose Sentius' request to exceed the page limitation requirement and Sentius agrees to a reciprocal increase in the page limitation for Zoho's Brief from 15 to 19 pages. See accompanying Stipulation and (Proposed) Order submitted in support of this Motion for Administrative Relief.

Dated: February 20, 2020          Respectfully Submitted,

                                  CARR & FERRELL LLP


                                  By     /s/ Robert J. Yorio
                                         ROBERT J. YORIO


                                  SETH LAW OFFICES

                                  By     /s/ Sandeep Seth
                                         SANDEEP SETH
                                  Attorneys for Defendant and
                                  Counterclaimant SENTIUS
                                  INTERNATIONAL, LLC

-2-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 20, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-1(h)(1). Any other counsel of record will be served by U.S. Mail or hand delivery.

                                              /s/ Robert J. Yorio
                                              ROBERT J. YORIO