SANDEEP SETH (SBN 195914)
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, Texas 77002
Telephone No.: (713) 244-5017
Facsimile No.: (713) 244-5018

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
STACEY M. TAM (SBN 292982)
stam@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444

Attorneys for Defendant and Counterclaimant
SENTIUS INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION,<br><br>　　　　　Plaintiff,<br>　v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>　　　　　Defendant.<br><br>SENTIUS INTERNATIONAL, LLC,<br><br>　　　　　Counterclaimant,<br>　v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br>　　　　　Counter-Defendants. | CASE NO. 4:19-cv-00001-YGR<br><br>**DECLARATION OF ROBERT J. YORIO IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT SENTIUS INTERNATIONAL LLC'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE 7-11 TO EXCEED PAGE LIMITATIONS GOVERNING BOTH PARTIES' CLAIM CONSTRUCTION REPLY BRIEFS**<br><br>DATE:　　　　March 18, 2020<br>TIME:　　　　9:30 a.m.<br>COURTROOM:　1<br>JUDGE: Honorable Yvonne Gonzalez Rogers |

-1-
DECLARATION OF ROBERT J. YORIO IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT SENTIUS INTERNATIONAL LLC'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE 7-11 TO EXCEED PAGE LIMITATIONS GOVERNING BOTH PARTIES' CLAIM CONSTRUCTION REPLY BRIEFS

I, Robert J. Yorio, declare:

1. I am one of the attorneys of record for Defendant and Counterclaimant, Sentius International, LLC ("Sentius") in this action. I have prepared this declaration in support of Defendant and Counterclaimant, Sentius International, LLC's ("Sentius") Administrative Request Pursuant to Civil Local Rule 7-11 to exceed page limitations governing both parties Claim Construction Reply Briefs. The following facts and documents set out herein are within my knowledge, and if called as a witness to testify herein, I could and would competently testify to the truth thereto.

1. There are ten (10) terms proposed for construction covering two (2) patents as set forth in the parties' Joint Claim Construction Chart attached as Appendix B to the Joint Claim Construction and Prehearing Statement filed on January 6, 2020 (Dkt. 49-1). The Reply Brief will address all ten (10) terms across both patents and the intrinsic and extrinsic evidence applicable to each term. This technical analysis will be accompanied by a discussion of the application of a number of patent law principles to the construction of the claim terms. The combination of Sentius' factual analysis and legal argument will cause its Reply Brief to exceed the 15-page limit set forth in Civil Local Rule 7-4(b).

2. On February 20, 2020, I conferred with Ryan Marton, Lead Counsel for Zoho about the subject matter of this Motion. He gave his consent to our request to increase the page limitation applicable to the Reply Briefs from 15 pages to 19 pages. I proposed that the increased page limits apply to both sides and Mr. Marton agreed.

3. The parties agreed to a Stipulation and (Proposed Order) that sets forth this agreement and accompanies the Administrative Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of February 2020 at Menlo Park, CA.

                                             /s/ Robert J. Yorio
                                             ROBERT J. YORIO

DECLARATION OF ROBERT J. YORIO IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT SENTIUS INTERNATIONAL LLC'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE 7-11 TO EXCEED PAGE LIMITATIONS GOVERNING BOTH PARTIES' CLAIM CONSTRUCTION REPLY BRIEFS