RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR J. RIBERA (221511)
hector@martonribera.com
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511

*Attorneys for Plaintiff Zoho Corporation*

SANDEEP SETH (SBN 195914)
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, Texas 77002
Telephone No.: (713) 244-5017
Facsimile No.: (713) 244-5018

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
STACEY M. TAM (SBN 292982)
stam@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444

Attorneys for Defendant and Counterclaimant
SENTIUS INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION,<br><br>    Plaintiff,<br>v.<br>SENTIUS INTERNATIONAL, LLC<br><br>    Defendant.<br><br>SENTIUS INTERNATIONAL, LLC,<br><br>    Counterclaimant,<br>v.<br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>    Counter-Defendants. | CASE NO. 4:19-cv-00001-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT SENTIUS INTERNATIONAL, LLC'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE 7-11 TO EXCEED PAGE LIMITATIONS GOVERNING BOTH PARTIES' CLAIM CONSTRUCTION REPLY BRIEFS**<br><br>DATE:         March 18, 2020<br>TIME:         9:30 a.m.<br>COURTROOM:   1<br>JUDGE: Honorable Yvonne Gonzalez Rogers |

In accordance with Northern District of California Civil Local Rules 7-4 and 7-12, the undersigned hereby stipulate to increase the page limit of Sentius' Claim Construction Reply Brief from 15 pages of text to 19 pages, and to increase the page limit of Zoho Corporation's Claim Construction Reply Brief from 15 pages of text to 19 pages.

Dated: February 20, 2020                      Respectfully submitted,


                                              By:   /s/ *Ryan J. Marton*
                                                    Ryan J. Marton

                                              RYAN J. MARTON (223979)
                                              ryan@martonribera.com
                                              MARTON RIBERA SCHUMANN & CHANG LLP
                                              548 Market Street, Suite 36117
                                              San Francisco, CA 94104
                                              Telephone:  (415) 360-2515


Dated:  February 20, 2020                     By:   /s/ *Sandeep Seth*
                                                    Sandeep Seth

                                              SANDEEP SETH (SBN 195914)
                                              ss@sethlaw.com
                                              SETH LAW OFFICES
                                              Two Allen Center
                                              1200 Smith Street, Suite 1600
                                              Houston, Texas 77002
                                              Telephone No.: 713-244-5017

Dated:  February 20, 2020                     By:   /s/ *Robert J. Yorio*
                                                    Robert J. Yorio

                                              ROBERT J. YORIO (SBN 195914)
                                              Yorio@carrferrell.com
                                              CARR & FERRELL LLP
                                              120 Constitution Drive
                                              Menlo Park, California 94025
                                              Telephone: (650) 812-3400

-3-

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE