RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR J. RIBERA (221511)
hector@martonribera.com
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511

*Attorneys for Plaintiff Zoho Corporation*

SANDEEP SETH (SBN 195914)
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, Texas 77002
Telephone No.: (713) 244-5017
Facsimile No.: (713) 244-5018

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
STACEY M. TAM (SBN 292982)
stam@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444

Attorneys for Defendant and Counterclaimant
SENTIUS INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>    Defendant.<br> | CASE NO. 4:19-cv-00001-YGR<br><br>**STIPULATION AND [P~~ROPOS~~ED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT SENTIUS INTERNATIONAL, LLC'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULE 7-11 TO EXCEED PAGE LIMITATIONS GOVERNING BOTH PARTIES' CLAIM CONSTRUCTION REPLY BRIEFS** |
| SENTIUS INTERNATIONAL, LLC,<br><br>    Counterclaimant,<br>  v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>    Counter-Defendants. | DATE:         March 18, 2020<br>TIME:          9:30 a.m.<br>COURTROOM:   1<br>JUDGE: Honorable Yvonne Gonzalez Rogers |

In accordance with Northern District of California Civil Local Rules 7-4 and 7-12, the undersigned hereby stipulate to increase the page limit of Sentius' Claim Construction Reply Brief from 15 pages of text to 19 pages, and to increase the page limit of Zoho Corporation's Claim Construction Reply Brief from 15 pages of text to 19 pages.

Dated: February 20, 2020      Respectfully submitted,

By:    /s/ *Ryan J. Marton*
       Ryan J. Marton

RYAN J. MARTON (223979)
ryan@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

Dated: February 20, 2020      By:    /s/ *Sandeep Seth*
                                                                Sandeep Seth

SANDEEP SETH (SBN 195914)
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, Texas 77002
Telephone No.: 713-244-5017

Dated: February 20, 2020      By:    /s/ *Robert J. Yorio*
                                                                Robert J. Yorio

ROBERT J. YORIO (SBN 195914)
Yorio@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400

-3-

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___February 21, 2020___  _____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE