RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR J. RIBERA (221511)
hector@martonribera.com
CHIEN-JU ALICE CHUANG (228556)
cjalice@martonribera.com
PHILLIP J. HAACK (262060)
phaack@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511

*Attorneys for Zoho Corporation and Zoho Corporation Pvt., Ltd.*

SANDEEP SETH (SBN 195914)
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, Texas 77002
Telephone No.: (713) 244-5017
Facsimile No.: (713) 244-5018

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
STACEY M. TAM (SBN 292982)
stam@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444

Attorneys for Defendant and Counterclaimant
SENTIUS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ZOHO CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>Defendant. | Case No: 4:19-cv-00001-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY CLAIM CONSTRUCTION BRIEF OF ZOHO CORPORATION AND ZOHO CORPORATION, PVT., LTD.**<br><br>Hearing Date:   March 18, 2020<br>Time:                  9:30 am<br>Courtroom:      1, 4th Floor |
| SENTIUS INTERNATIONAL, LLC<br><br>Counterclaimant,<br><br>v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>Counter-Defendants. | |

In accordance with Northern District of California Civil Local Rules 7-4 and 7-12, the undersigned hereby stipulate to permit Zoho to file, by March 9, a reply brief of no more than four pages and supporting expert declaration in response to the responsive claim construction brief and expert declaration filed by Sentius.

Dated: March 4, 2020　　　　　　　　　　Respectfully submitted,

              MARTON RIBERA SCHUMANN & CHANG LLP

              By: /s/ *Phillip J. Haack*
                 Phillip J. Haack
              PHILLIP J. HAACK (SBN 262060)
              phaack@martonribera.com
              MARTON RIBERA SCHUMANN & CHANG LLP
              548 Market Street, Suite 36117
              San Francisco, CA 94104
              Telephone:  (415) 360-2517

Dated:  March 4, 2020　　　　　　　　　By: /s/ *Robert J. Yorio*
                 Robert J. Yorio

              ROBERT J. YORIO (SBN 195914)
              Yorio@carrferrell.com
              CARR & FERRELL LLP
              120 Constitution Drive
              Menlo Park, California 94025
              Telephone: (650) 812-3400

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 6, 2020

              HONORABLE YVONNE GONZALEZ ROGERS
              UNITED STATES DISTRICT COURT JUDGE