## APPENDIX A—AGREED TERMS

**A.      U.S. Patent No. RE 43,633**

| U.S. PATENT NO. RE 43,633 | | |
|---|---|---|
| **Term** | **Claim(s)** | **Agreed Construction** |
| Method claims of the '633 patent | '633 patent: 62, 146 (and dependent claims 64, 65, 87, 89, 90 and 148, 149, 171, 173, 174) | Steps must be performed in the recited order. |
| "database" | '633 patent: 17, 50, 51, 62, 89, 90, 101, 133, 134, 135, 146, 173, 174 | "a data structure for accepting, storing and providing, on demand, data for at least one user" |
| "means for recording in a look-up table the starting and ending point addresses" | '633 patent: 17, 101 | Subject to §112 ¶ 6.<br><br>Function: "recording in a look-up table the starting and ending point addresses"<br><br>Structure: a computer programmed to record in a look-up table the starting and ending point addresses of the plurality of discrete pieces, and equivalents thereof |

| U.S. PATENT NO. RE 43,633 | | |
|---|---|---|
| **Term** | **Claim(s)** | **Agreed Construction** |
| "means for linking the plurality of discrete pieces to external reference materials by recording in the look-up table, along with the starting and ending point addresses of the plurality of discrete pieces, links to the external reference materials, the external reference materials comprising any of textual, audio, video, and picture information"  /<br><br>"means for linking at least one of the plurality of discrete pieces to at least one of a plurality of external reference materials by recording in the look-up table, along with the starting and ending point addresses of the at least one of the plurality of discrete pieces, a link to the at least one of the plurality of external reference materials, the plurality of external reference materials comprising any of textual, audio, video, and picture information" | '633 patent: 17/101 | Subject to §112 ¶ 6.<br><br>Function: "linking the plurality of discrete pieces to external reference materials by recording in the look-up table, along with the starting and ending point addresses of the plurality of discrete pieces, links to the external reference materials" /<br><br>"linking at least one of the plurality of discrete pieces to at least one of a plurality of external reference materials by recording in the look-up table, along with the starting and ending point addresses of the at least one of the plurality of discrete pieces, a link to the at least one of the plurality of external reference materials, the plurality of external reference materials comprising any of textual, audio, video, and picture information"<br><br>Structure: "a computer programmed to perform the recited function", and equivalents thereof |
| "link" | '633 patent: 17, 19, 62, 101, 103, 146 | "a pointer to data or information or a pointer to the location of data or information" |
| "display address" | '633 patent: 17, 62, 101, 146 | "display coordinates or position on a display" |

| U.S. PATENT NO. RE 43,633 | | |
|---|---|---|
| **Term** | **Claim(s)** | **Agreed Construction** |
| "means for comparing the offset value with the starting and ending point addresses recorded in the look-up table to identify one of the plurality of discrete pieces" | '633 patent: 17, 101 | Subject to §112 ¶ 6.<br><br>Function: "comparing the offset value with the starting and ending point addresses recorded in the look-up table to identify one of the plurality of discrete pieces"<br><br>Structure: "a computer programmed to determine if the offset value falls between the starting and ending point addresses recorded in the look-up table, so that when the offset value falls between the start and end points, one of the plurality of discrete pieces of textual source material is identified, and equivalents thereof" |

| U.S. PATENT NO. RE 43,633 | | |
|---|---|---|
| **Term** | **Claim(s)** | **Agreed Construction** |
| "the means for linking links the plurality of discrete pieces to external reference materials on a word-by-word or phrase-by-phrase basis" / <br><br> "the means for linking links at least one of the plurality of discrete pieces to at least one of a plurality of external reference materials on a word-by-word or phrase-by-phrase basis" | '633 patent: 18/102 | Subject to §112 ¶ 6. <br><br> <u>Function</u>: "linking the plurality of discrete pieces to external reference materials by recording in the look-up table, along with the starting and ending point addresses of the plurality of discrete pieces, links to the external reference materials wherein the linking links the plurality of discrete pieces to external reference materials on a word-by-word or phrase-by-phrase basis" / <br><br> "linking at least one of the plurality of discrete pieces to at least one of a plurality of external reference materials by recording in the look-up table, along with the starting and ending point addresses of the at least one of the discrete pieces, links to the at least one of the external reference materials wherein the linking links the at least one of the discrete pieces to the at least one of the external reference materials on a word-by-word or phrase-by-phrase basis" <br><br> <u>Structure</u>: "a computer programmed to perform the recited function", and equivalents thereof. |

**B.      U.S. Patent No. 7,672,985**

| U.S. PATENT NO. 7,672,985 | | |
|---|---|---|
| **Term** | **Claim(s)** | **Agreed Construction** |
| "syndicating" / "syndicated" | '985 patent: 1, 11, 20, 21 | "making content available for automatic download over a network to one or more remote subscribed computers" |
| "database" | '985 patent: 1, 6, 11, 16, 18, 20, 21, 32, 38, 42, 46 | "a data structure for accepting, storing and providing, on demand, data for at least one user" |
| "term database" | '985 patent: 1, 6, 11, 16, 18, 20, 38, 42, 46 | "a data structure for accepting, storing and providing, on demand, terms and associated content" |
| "link the identified content with the at least one term" / "linking the identified content with the at least one term" / "linking the content with the at least one term" | '985 patent: 1, 11, 20, 21 | "[create/creating] a pointer to data or information or a pointer to the location of data or information that is external to the source material" |
| "linking to the supplemental content" | '985 patent: 6 | "creating a pointer to data or information or a pointer to the location of data or information that is external to the source material" |
| "a representation of at least a portion of the term database" / "a representation of at least a portion of the database" | '985 patent: 1, 11, 20/21 | Plain and ordinary meaning |