# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 5/1/2020 | **Time:** 9:00AM-11:15 AM | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-00001-YGR | **Case Name:** Zoho Corporation v. Sentius International, LLC | |

**Attorney for Plaintiff:** Phillip Haack and Ryan Marton
Plaintiff Expert: Jon Weissman

**Attorney for Defendant:** Robert Yorio, Sandeep Seth
Defense Expert: Vijay Madisetti
Marc Bookman- Defendant Sentius CEO

**Deputy Clerk:** Frances Stone         **Court Reporter:** NOT REPORTED,

# PROCEEDINGS

TUTORIAL- HELD

Claim Construction Hearing is set for Friday, May 8, 2020 at 9:00 AM by the Court's Zoom Webinar platform.