UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** 5/8/2020 | **Time:** 9:05am-10:53am and 11:10am-11:50am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-00001-YGR | **Case Name:** Zoho Corporation v. Sentius International, LLC | |

**Attorney for Plaintiff:** Ryan Marton and Phillip Haack for Zoho
**Attorney for Defendant:** Robert Yoirio and Sandeep Seth for Sentius;
Marc Bookman- CEO for Sentius

**Deputy Clerk:** Frances Stone            **Court Reporter:** Raynee Mercado

PROCEEDINGS
CLAIM CONSTRUCTION HEARING -HELD via Zoom Video Webinar