| | |
|---|---|
| RYAN J. MARTON (223979) | SANDEEP SETH (SBN 195914) |
| ryan@martonribera.com | ss@sethlaw.com |
| CAROLYN CHANG (217933) | SETH LAW OFFICES |
| carolyn@martonribera.com | Two Allen Center |
| HECTOR J. RIBERA (221511) | 1200 Smith Street, Suite 1600 |
| hector@martonribera.com | Houston, Texas 77002 |
| CHIEN-JU ALICE CHUANG (228556) | Tel.: (713) 244-5017 |
| cjalice@martonribera.com | |
| PHILLIP J. HAACK (262060) | ROBERT J. YORIO (SBN 93178) |
| phaack@martonribera.com | yorio@carrferrell.com |
| MARTON RIBERA SCHUMANN & CHANG LLP | STACEY M. TAM (SBN 292982) |
| 548 Market Street, Suite 36117 | stam@carrferrell.com |
| San Francisco, CA 94107 | CARR & FERRELL LLP |
| Tel.: (415) 360-2511 | 120 Constitution Drive |
| | Menlo Park, California 94025 |
| *Attorneys for Zoho Corporation and Zoho Corporation Pvt., Ltd.* | Tel.: (650) 812-3400 |
| | *Attorneys for Sentius International, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION,<br><br>        Plaintiff,<br>  v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>        Defendant. | CASE NO. 4:19-cv-00001-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF CERTAIN CASE SCHEDULE DEADLINES** |
| SENTIUS INTERNATIONAL, LLC,<br><br>        Counterclaimant,<br>  v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>        Counter-Defendants. | |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective Counsel hereby stipulate to move the deadlines for fact discovery and expert reports as recited in the table below. These changes are necessary in order to accommodate the production of additional documentation by the parties and the scheduling and conducting of depositions in light of COVID-19 related orders and concerns.

The parties previously stipulated to extend by one week the deadlines for Plaintiff and Counter-defendant Zoho Corporation and Counter-defendant Zoho Corporation Pvt. Ltd. to respond to the counterclaims of Defendant and Counterclaimant Sentius International, LLC and to serve Invalidity Contentions (Dkt. 42). The parties later stipulated to move the deadlines for serving Damage Contentions and Claim Construction exchanges (Dkt. 44) and the deadline for filing the Joint Claim Construction and Prehearing Statement (Dkt. 48).  The parties have not made any other requested extensions and this stipulation affects only those recited that have been set by the Court.

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Close of Fact Discovery | July 31, 2020 | September 29, 2020 |
| Opening Expert Reports | July 31, 2020 | October 20, 2020 |
| Rebuttal Reports | August 28, 2020 | November 17, 2020 |
| Close of Expert Discovery | September 25, 2020 | December 22, 2020 |
| Daubert/MSJs | October 30, 2020 | January 26, 2021 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  June 11, 2020                    CARR FERRELL LLP

                                         By   */s/ Robert J. Yorio*
                                               Robert J. Yorio

                                         Attorneys for Defendant and Counterclaimant
                                         SENTIUS INTERNATIONAL, LLC

Dated: June 11, 2020                     MARTON RIBERA SCHUMANN
                                              & CHANG LLP

                                         By   */s/ Ryan J. Marton*
                                               Ryan J. Marton

                                         Attorneys for Plaintiff and Counter-Defendants
                                         ZOHO CORPORATION and
                                         ZOHO CORPORATION PVT., LTD.

**<u>ORDER</u>**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated:   June 12, 2020                   By: _____
                                         Honorable Yvonne Gonzalez Rogers
                                         Judge of the United States District Court