# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZOHO CORPORATION,**<br>　　　Plaintiff**,**<br><br>　　vs.<br><br>**SENTIUS INTERNATIONAL, LLC,**<br>　　　Defendant**.** | CASE NO.  4:19-cv-0001-YGR<br><br>**ORDER RELIEVING PARTIES FROM SUMMARY JUDGMENT PRE-FILING CONFERENCE REQUIREMENT**<br><br>Re: Dkt. No. 77, 78 |

The Court has received and reviewed the parties' letters regarding a pre-filing conference for plaintiff's proposed summary judgment motion.  (Dkt Nos. 77, 78.)  Based upon the Court's review of the pre-filing letters submitted by the parties, no pre-filing conference is required and the requested motion may be filed.  Further, the Court will conditionally allow two motions.  If filing two motions, opening and opposition briefs shall be limited to 15 pages and reply briefs to 8 pages as opposed to the page limitations outlined in Rules 7-2, 7-3, and 7-4.

The parties are reminded to file separate statements of fact in the format set forth in paragraph 9(c) of this Court's Standing Order, and that counsel must attest that the evidence cited for each fact or dispute fairly and accurately supports the fact or dispute.

As previewed for the parties at the case management conference, the Court considers summary judgment a tool to be used prudently, when there are no disputed issues of material fact. To the extent there are triable issues of material fact, summary judgment will be denied with a succinct denial order, without extensive commentary, so that the determination is left wholly for the trier of fact.

**IT IS SO ORDERED.**

Dated: July 24, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**