| | |
|---|---|
| RYAN J. MARTON (223979) | SANDEEP SETH (SBN 195914) |
| ryan@martonribera.com | ss@sethlaw.com |
| CAROLYN CHANG (217933) | SETH LAW OFFICES |
| carolyn@martonribera.com | Two Allen Center |
| HECTOR J. RIBERA (221511) | 1200 Smith Street, Suite 1600 |
| hector@martonribera.com | Houston, Texas 77002 |
| CHIEN-JU ALICE CHUANG (228556) | Tel.: (713) 244-5017 |
| cjalice@martonribera.com | |
| PHILLIP J. HAACK (262060) | ROBERT J. YORIO (SBN 93178) |
| phaack@martonribera.com | yorio@carrferrell.com |
| MARTON RIBERA SCHUMANN & CHANG LLP | STACEY M. TAM (SBN 292982) |
| 548 Market Street, Suite 36117 | stam@carrferrell.com |
| San Francisco, CA 94107 | CARR & FERRELL LLP |
| Tel.: (415) 360-2511 | 120 Constitution Drive |
| | Menlo Park, California 94025 |
| *Attorneys for Zoho Corporation and Zoho Corporation Pvt., Ltd.* | Tel.: (650) 812-3400 |
| | *Attorneys for Sentius International, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>            Defendant. | CASE NO. 4:19-cv-00001-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF CERTAIN CASE SCHEDULE DEADLINES** |
| SENTIUS INTERNATIONAL, LLC,<br><br>            Counterclaimant,<br><br>      v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>            Counter-Defendants. | |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective Counsel hereby stipulate to move the deadlines for fact discovery and expert reports as recited in the table below. These changes are necessary in order to accommodate the scheduling and conducting of depositions in light of COVID-19 related orders and concerns. Many of the witnesses are overseas, including at least one key witness in Japan, which has complicated scheduling of depositions due to travel restrictions and Japan's preclusion of video depositions.

The parties previously stipulated to extend by one week the deadlines for Plaintiff and Counter-defendant Zoho Corporation and Counter-defendant Zoho Corporation Pvt. Ltd. to respond to the counterclaims of Defendant and Counterclaimant Sentius International, LLC and to serve Invalidity Contentions (Dkt. 42). The parties later stipulated to move the deadlines for serving Damage Contentions and Claim Construction exchanges (Dkt. 44) and the deadline for filing the Joint Claim Construction and Prehearing Statement (Dkt. 48). The parties later stipulated to extend the deadline for the close of fact discovery, exchange of expert reports and the filing of summary judgment motions (Dkt. 72). The parties have not made any other requested extensions and this stipulation affects only those recited that have been set by the Court.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | September 29, 2020 | November 20, 2020 |
| Opening Expert Reports | October 20, 2020 | December 18, 2020 |
| Rebuttal Reports | November 17, 2020 | January 29, 2021 |
| Close of Expert Discovery | December 22, 2020 | February 24, 2021 |
| Daubert/MSJs | January 26, 2021 | March 24, 2021 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated: September 9, 2020 | CARR FERRELL LLP<br><br>By  */s/ Robert J. Yorio*<br>        Robert J. Yorio<br><br>Attorneys for Defendant and Counterclaimant<br>SENTIUS INTERNATIONAL, LLC |
| Dated: September 9, 2020 | MARTON RIBERA SCHUMANN<br>         & CHANG LLP<br><br>By  */s/ Ryan J. Marton*<br>        Ryan J. Marton<br><br>Attorneys for Plaintiff and Counter-Defendants<br>ZOHO CORPORATION and<br>ZOHO CORPORATION PVT., LTD. |

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**
PARTIES ARE CAUTIONED NOT TO EXPECT FURTHER EXTENSIONS.

Dated:  September 11, 2020         By: _____
                                                         Honorable Yvonne Gonzalez Rogers
                                                         Judge of the United States District Court