# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 10/13/2020 | **Time:** 2:00pm-2:58pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-00001-YGR | **Case Name:** Zoho Corporation v. Sentius International, LLC | |

**Attorney for Plaintiff:** Ryan Marton and Phillip Haack
**Attorney for Defendant:** Sandeep Seth and Robert Yorio

**Deputy Clerk:** Frances Stone          **Court Reporter:** Diane Skillman

## PROCEEDINGS

Plaintiff Zoho's Motion for Partial Summary Judgment of Invalidity [Dkt. No. 81]- HELD by Zoom platform and SUBMITTED.