| | |
|---|---|
| RYAN J. MARTON (223979) | SANDEEP SETH (SBN 195914) |
| ryan@martonribera.com | ss@sethlaw.com |
| CAROLYN CHANG (217933) | SETH LAW OFFICES |
| carolyn@martonribera.com | Two Allen Center |
| HECTOR J. RIBERA (221511) | 1200 Smith Street, Suite 1600 |
| hector@martonribera.com | Houston, Texas 77002 |
| CHIEN-JU ALICE CHUANG (228556) | Tel.: (713) 244-5017 |
| cjalice@martonribera.com | |
| PHILLIP J. HAACK (262060) | ROBERT J. YORIO (SBN 93178) |
| phaack@martonribera.com | yorio@carrferrell.com |
| MARTON RIBERA SCHUMANN & CHANG LLP | STACEY M. TAM (SBN 292982) |
| 548 Market Street, Suite 36117 | stam@carrferrell.com |
| San Francisco, CA 94107 | CARR & FERRELL LLP |
| Tel.: (415) 360-2511 | 120 Constitution Drive |
| | Menlo Park, California 94025 |
| *Attorneys for Zoho Corporation and Zoho Corporation Pvt., Ltd.* | Tel.: (650) 812-3400 |
| | *Attorneys for Sentius International, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> SENTIUS INTERNATIONAL, LLC <br><br> Defendant. | CASE NO. 4:19-cv-00001-YGR <br><br> **STIPULATION TO STAY CASE PENDING *INTER PARTES* REVIEW AND [PROPOSED] ORDER** |
| SENTIUS INTERNATIONAL, LLC, <br><br> Counterclaimant, <br><br> v. <br><br> ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD. <br><br> Counter-Defendants. | |

1  WHEREAS, Defendant and Counterclaimant Sentius International, LLC ("Sentius") alleges
2  that Plaintiff and Counter-Defendant Zoho Corporation and Counter-Defendant Zoho Corporation
3  Pvt. Ltd. (collectively "Zoho") infringe various claims of U.S. Patent Nos. RE43,633 ("the '633
4  Patent") and 7,672,985 ("the '985 Patent").
5  WHEREAS, on October 1, 2020 Apple, Inc. filed a petition for *inter partes* review of the '985
6  patent before the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark
7  Office, case number IPR2020-01646 ("the Apple IPR") in which Apple petitioned for *inter partes*
8  review of all asserted claims of the '985 patent.
9  WHEREAS, on October 15, 2020, the Court found the asserted claims of the '633 patent
10 invalid for lack of written description. Dkt. No. 81 (N.D. Cal. Oct. 15, 2020) (Order Granting Zoho's
11 Motion for Partial Summary Judgment).
12 WHEREAS, pursuant to the Patent Statute, the PTAB must decide within approximately six
13 months whether to institute the IPR of the '985 patent, and is required under 35 U.S.C. § 316 to issue
14 a final written decision within 1 year of institution, which may be extended by no more than six
15 months for good cause shown.
16 WHEREAS, for purposes of judicial economy and to avoid the unnecessary expenditure of
17 resources, the parties agree this litigation should be stayed immediately and until the USPTO either:
18 (1) declines to institute *inter partes* review based on Apple's October 1, 2020 Petition for *Inter Partes*
19 Review ("IPR Petition") of the '985 patent; or (2) in the event an *inter partes* review is instituted,
20 final exhaustion of the *inter partes* review proceedings including any appeals.
21 WHEREAS, it is within the Court's inherent authority and discretion to stay the present
22 litigation, including issues not before the Patent Trial and Appeal Board, as (1) discovery is not
23 complete and a trial date has not been set; (2) a stay may significantly simplify the issues asserted in
24 the present matter and clarify issues for the Court; and (3) the Parties have agreed and stipulated that
25 a stay would best serve the interests of justice and would not unduly prejudice or present a tactical
26 disadvantage to any nonmoving party. *See, e.g., PersonalWeb Technologies, LLC v. Apple Inc.*, 69 F.
27 Supp. 3d 1022, 1025 (N.D. Cal. 2014); *see also VirtualAgility Inc. v. Salesforce.com, Inc.*, 759 F.3d
28 1307, 1309 (Fed. Cir. 2014).

WHEREAS, the parties agree that within 10 days of the USPTO's issuance of an institution decision, the parties shall file a joint status report, including a proposed case schedule should the USPTO decline to institute *inter partes* review.

WHEREAS, the parties agree that in the event an *inter partes* review is instituted, the parties shall file a joint status report within 10 days after the USPTO issues a final written decision.

NOW THEREFORE IT IS HEREBY STIPULATED by the parties, through their respective counsel, that the present litigation is stayed immediately and in its entirety until the USPTO either (1) declines to institute *inter partes* review based on Apple's IPR Petition of the '985 patent; or (2) in the event an *inter partes* review is instituted, final exhaustion of the *inter partes* review proceedings including any appeals.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 5, 2020 | CARR FERRELL LLP |
| 3 | | |
| 4 | | By  /s/ Robert J. Yorio<br>        Robert J. Yorio |
| 5 | | |
| 6 | | Attorneys for Defendant and Counterclaimant<br>SENTIUS INTERNATIONAL, LLC |
| 7 | | |
| 8 | Dated: November 5, 2020 | MARTON RIBERA SCHUMANN & CHANG LLP |
| 9 | | |
| 10 | | By  /s/ Ryan J. Marton<br>        Ryan J. Marton |
| 11 | | Attorneys for Plaintiff and Counter-Defendants |
| 12 | | ZOHO CORPORATION and<br>ZOHO CORPORATION PVT., LTD. |

## ORDER

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: November 9, 2020                By: _/s/ Yvonne Gonzalez Rogers_
                                                    Honorable Yvonne Gonzalez Rogers
                                                    Judge of the United States District Court

**ATTESTATION IN CONCURRENCE OF FILING**

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that concurrence in the filing of this document has been obtained from Plaintiff Sentius International, LLC.  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 5th day of November, 2020, at San Francisco, California.


Dated: November 5, 2020                               By:   */s/ Ryan J. Marton*
                                                                            Ryan J. Marton