# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ZOHO CORPORATION, | |
|---|---|
| Plaintiff, | CASE NO. 4:19-cv-00001-YGR |
| vs. | |
| SENTIUS INTERNATIONAL, LLC | **ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |
| Defendant. | |
| SENTIUS INTERNATIONAL, LLC, | |
| Counter-Claimant, | |
| vs. | |
| ZOHO CORPORATION, ET AL., | |
| Counter-Defendants. | |

This case was stayed on November 9, 2020. (Dkt. No. 91). The Court has been informed that the *inter partes* review prompting the stay remains ongoing. Given the procedural posture, **IT IS HEREBY ORDERED** that the instant case is **ADMINISTRATIVELY CLOSED** for statistical purposes only. Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. Within 10 (ten) days of the resolution of the *inter partes* review, the parties shall file a **JOINT STATEMENT** with this Court advising whether the case should be terminated and/or other actions which should be taken.

**IT IS SO ORDERED.**

Dated: December 3, 2021

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE