**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOHO CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>Defendant. | CASE NO. 4:19-cv-00001-YGR<br><br>**ORDER CONTINUING APPEAL PENDING STAY** |
| SENTIUS INTERNATIONAL, LLC,<br><br>Counter-Claimant,<br><br>vs.<br><br>ZOHO CORPORATION, ET AL.,<br><br>Counter-Defendants. | |

This case was administratively closed for statistical purposes pending the completion of the *inter partes* review that prompted a stay. (Dkt. Nos. 91, 95.) The parties have advised that the Patent Trial and Appeal Board issued its Final Written Decision in IPR2020-1646. (Dkt. No. 96.) Since plaintiff Sentius International, LLC intends to appeal, the parties agree to continue the stay throughout the duration of the appeal. Good cause appearing, the stay is continued pending appeal. Within 14 (fourteen) days of the resolution of the appeal, the parties shall file a **JOINT STATEMENT** with this Court advising whether the case should be terminated and/or other actions which should be taken.

**IT IS SO ORDERED.**

Dated: May 17, 2022

                                                                                       _____
                                                                                       YVONNE GONZÁLEZ ROGERS
                                                                                       UNITED STATES DISTRICT COURT JUDGE