RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR J. RIBERA (221511)
hector@martonribera.com
CHIEN-JU ALICE CHUANG (228556)
cjalice@martonribera.com
PHILLIP J. HAACK (262060)
phaack@martonribera.com
MARTON RIBERA SCHUMANN &
CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511

*Attorneys for Plaintiff and Counter-defendant
Zoho Corporation and Counter-defendant
Zoho Corporation Pvt., Ltd.*

SANDEEP SETH (SBN 195914)
ss@sethlaw.com
SETH LAW OFFICES
Two Allen Center
1200 Smith Street, Suite 1600
Houston, Texas 77002
Telephone No.: (713) 244-5017
Facsimile No.: (713) 244-5018

ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
STACEY M. TAM (SBN 292982)
stam@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444

Attorneys for Defendant and
Counterclaimant
SENTIUS INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>        Defendant. | CASE NO. 4:19-cv-00001-YGR<br><br>**JOINT STATUS UPDATE AFTER APPEAL IN IPR PROCEEDINGS** |
| SENTIUS INTERNATIONAL, LLC,<br><br>        Counterclaimant,<br><br>    v.<br><br>ZOHO CORPORATION and ZOHO CORPORATION PVT., LTD.<br><br>        Counter-Defendants. | |

1   The parties to the above action jointly submit this Joint Status Update pursuant to the
2   Court's Order Continuing Appeal Pending Stay dated May 17, 2022 (Dkt. 97):
3   The parties report that, on December 11, 2023, the United States Court of Appeals for
4   the Federal Circuit affirmed the Patent Trial and Appeal Board decision determining all
5   challenged claims of U.S. Patent No. 7,672,985 B2 unpatentable. All of the claims asserted by
6   Sentius against Zoho were challenged in the IPR proceedings. Copies of the May 4, 2022 final
7   written decision from the Patent Trial and Appeal Board in IPR2020-01646 and decision from
8   the Federal Circuit are attached as Exhibits A and B respectively.
9   As the Court previously found the asserted claims of U.S. Patent No. RE43,633 invalid
10  for lack of written description, all asserted patent claims have now been found invalid, and there
11  are no valid asserted patent claims at issue in this matter. Dkt. No. 81 (N.D. Cal. Oct. 15, 2020)
12  (Order Granting Zoho's Motion for Partial Summary Judgment).
13  Accordingly, the parties agree that the Court should lift the stay on this case for the
14  purpose of submitting a Stipulation and Proposed Order of Dismissal of the entire action, with
15  each party to bear their own costs and attorneys' fees, a stipulated form of which is attached.

Dated: December 22, 2023                    Respectfully submitted,

                                            MARTON RIBERA SCHUMANN &
                                            CHANG LLP

                                            By   /s/ Phillip J. Haack
                                                 PHILLIP J. HAACK


Dated: December 22, 2023                    Respectfully submitted,

                                            CARR & FERRELL LLP


                                            By   /s/ Robert J. Yorio
                                                 ROBERT J. YORIO

SETH LAW OFFICES

By   /s/ Sandeep Seth
     SANDEEP SETH

Attorneys for Defendant and Counterclaimant SENTIUS INTERNATIONAL, LLC

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By   /s/ Phillip J. Haack
     Phillip J. Haack

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 22, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-1(h)(1). Any other counsel of record will be served by U.S. Mail or hand delivery.

By  */s/ Phillip J. Haack*
     Phillip J. Haack