RYAN J. MARTON (223979)
ryan@martonribera.com
CAROLYN CHANG (217933)
carolyn@martonribera.com
HECTOR J. RIBERA (221511)
hector@martonribera.com
CHIEN-JU ALICE CHUANG (228556)
cjalice@martonribera.com
PHILLIP J. HAACK (262060)
phaack@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511

*Attorneys for Zoho Corporation and
Zoho Corporation Pvt., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ZOHO CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>SENTIUS INTERNATIONAL, LLC<br><br>Defendant. | Case No: 4:19-cv-00001-YGR<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER OF DISMISSAL WITH PREJUDICE** |
| SENTIUS INTERNATIONAL, LLC<br><br>Counterclaimant,<br><br>v.<br><br>ZOHO CORPORATION and<br>ZOHO CORPORATION PVT. LTD.<br><br>Counter-Defendants. | |

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE
Case No. 4:19-cv-00001

1   WHEREAS, this action was commenced on January 1, 2019 by the filing of the Complaint;

2   WHEREAS, Plaintiff Zoho Corporation filed a First Amended Complaint on March 18, 2019 (Dkt. No. 14);

WHEREAS, in the First Amended Complaint, Zoho Corporation seeks a declaration that it has not and does not infringe any valid or enforceable claim of U.S. Patent Nos. 7,672,985 ("'985 patent") and RE43,633 ("'633 patent") (collectively "the patents-in-suit") and that Zoho has not contributed to or induced, and is not contributing to or inducing or otherwise liable for any infringement of the either of the patents-in-suit ;

WHEREAS, on May 15, 2019, Defendant Sentius International, LLC ("Sentius") filed counterclaims against both Zoho Corporation and Zoho Corporation Pvt. Ltd. (collectively, "Zoho") alleging that each Zoho entity infringed the patents-in-suit (Dkt. No. 29);

WHEREAS, on June 12, 2019, Zoho Corporation answered Sentius' counterclaims, *inter alia,* denying infringement and asserting as an affirmative defense that each of the patents-in-suit is invalid (Dkt. No. 32);

WHEREAS, on August 26, 2019, Zoho Corporation Pvt., Ltd. answered Sentius' counterclaims, *inter alia,* denying infringement and asserting as an affirmative defense that each of the patents-in-suit is invalid (Dkt. No. 38);

WHEREAS, on October 15, 2020, this Court found the claims of the '633 Patent invalid for lack of written description under 35 U.S.C. § 112 (Dkt. No. 88);

WHEREAS, on May 4, 2022, the Patent Trial and Appeal Board determined that all challenged claims of the '985 Patent are invalid, including all claims asserted against Zoho in this action;

WHEREAS, on December 11, 2023, the United States Court of Appeals for the Federal Circuit affirmed the Patent Trial and Appeal Board's determination that the claims of the '985 Patent are invalid;

WHEREAS, the parties stipulate to dismissal with prejudice of the entire action, with each party to bear their costs and attorneys' fees and that Plaintiff and Counter-defendant Zoho Corporation and Counter-defendant Zoho Corporation Pvt. Ltd. retain the right to challenge validity,

infringement, and/or enforceability of the patents-in-suit, via defense or otherwise, in any future suit or proceeding.

Dated: December 22, 2023　　　　　　　　　　Respectfully submitted,

MARTON RIBERA SCHUMANN & CHANG LLP

By   */s/ Phillip J. Haack*
　　　　PHILLIP J. HAACK

Dated: December 22, 2023　　　　　　　　　　Respectfully submitted,

CARR & FERRELL LLP

By   */s/ Robert J. Yorio*
　　　　ROBERT J. YORIO

SETH LAW OFFICES

By   */s/ Sandeep Seth*
　　　　SANDEEP SETH

Attorneys for Defendant and Counterclaimant SENTIUS INTERNATIONAL, LLC

**[PROPOSED] ORDER**

NOW THEREFORE, upon consent of the parties hereto, it is HEREBY ORDERED:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned action are dismissed with prejudice. Counter-defendants Zoho Corporation and Zoho Corporation Pvt. Ltd. retain the right to challenge validity, infringement, and/or enforceability of the patents-in-suit via defense or otherwise, in any future suit or proceeding.

Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Date: January 4, 2024

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE